AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CLELAND, ROBERT H. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 07/17/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

707 Theodore Levin Courthouse
231 W. Lafayette Blvd
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust |
| 2. | Co-Trustee | Partnership 1 |
| 3. | Member | Board of Directors, Condominium Associations |
| 4. | Member | Investment Club |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. S1 | C | Dividend | P1 | T | | | | | |
| 2. -CUB Investment Partnership | | | | | Closed | 12/31/14 | J | | |
| 3. -AB Discover Growth Fund | | | | | Sold (part) | 09/10/14 | J | B | |
| 4. -AB Discover Growth Fund | | | | | Buy (add'l) | 12/22/14 | J | | |
| 5. -AB Discover Growth Fund | | | | | Buy (add'l) | 12/23/14 | J | | |
| 6. -AB Discover Value Fund | | | | | Buy | 06/26/14 | J | | |
| 7. -AB Discover Value Fund | | | | | Sold (part) | 09/10/14 | J | B | |
| 8. -AB Discover Value Fund | | | | | Buy (add'l) | 12/23/14 | J | | |
| 9. -Actavis PLC (Common) | | | | | Buy | 06/26/14 | J | | |
| 10. -Actavis PLC (Common) | | | | | Buy (add'l) | 07/18/14 | J | | |
| 11. -Actavis PLC (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 12. -Actavis PLC (Common) | | | | | Buy (add'l) | 09/26/14 | J | | |
| 13. -Aetna (Common) (X) | | | | | Sold (part) | 05/15/14 | J | A | |
| 14. -Aetna (Common) | | | | | Sold (part) | 06/02/14 | J | A | |
| 15. -Aetna (Common) | | | | | Buy (add'l) | 07/10/14 | J | | |
| 16. -Aetna (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 17. -Aetna (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Affiliated Managers Group Inc (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 19. -Affiliated Managers Group Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 20. -Affiliated Managers Group Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 21. -Affiliated Managers Group Inc (Common) | | | | | Sold (part) | 12/15/14 | J | | |
| 22. -Allergan Inc (Common) | | | | | Buy (add'l) | 01/23/14 | J | | |
| 23. -Allergan Inc (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 24. -Allergan Inc (Common) | | | | | Sold (part) | 05/07/14 | J | A | |
| 25. -Allergan Inc (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 26. -Allergan Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 27. -Allergan Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 28. -Allergan Inc (Common) | | | | | Sold (part) | 10/08/14 | J | A | |
| 29. -Alliance Bernstein Cash (Fund) | | | | | Sold (part) | 05/15/14 | J | C | |
| 30. -Allstate Corp (Common) (X) | | | | | | | | | |
| 31. -Allstate Corp (Common) | | | | | Buy (add'l) | 12/11/14 | J | | |
| 32. -Altria Group Inc (Common) | | | | | Buy | 06/27/14 | J | | |
| 33. -Altria Group Inc (Common) | | | | | Buy (add'l) | 08/04/14 | J | | |
| 34. -Altria Group Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Altria Group Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 36. --Altria Group Inc (Common) | | | | | Buy (add'l) | 10/09/14 | J | | |
| 37. -Amazon.com Inc (Common) | | | | | Sold (part) | 04/24/14 | J | A | |
| 38. -Amazon.com Inc (Common) | | | | | Sold (part) | 04/25/14 | J | A | |
| 39. -Amazon.com Inc (Common) | | | | | Sold | 06/26/14 | J | A | |
| 40. -Amdocs Ltd (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 41. -Amdocs Ltd (Common) | | | | | Sold (part) | 04/22/14 | J | A | |
| 42. -Amdocs Ltd (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 43. -Amdocs Ltd (Common) | | | | | Sold (part) | 12/15/14 | J | A | |
| 44. -American Electric Power (Common) | | | | | Buy | 08/08/14 | J | | |
| 45. -American Electric Power (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 46. -American Electric Power (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 47. -American Electric Power (Common) | | | | | Buy (add'l) | 10/22/14 | J | | |
| 48. --American Express Co. (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 49. -American International Group (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 50. -American International Group (Common) | | | | | Sold (part) | 05/15/14 | J | A | |
| 51. -American International Group (Common) | | | | | Sold (part) | 09/10/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American International Group (Common) | | | | | Buy (add'l) | 09/23/14 | J | | |
| 53. -American International Group (Common) | | | | | Sold (part) | 11/24/14 | J | B | |
| 54. -American Tower Corp (Common) | | | | | Buy | 06/27/14 | J | | |
| 55. -American Tower Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 56. -American Tower Corp (Common) | | | | | Buy (add'l) | 12/04/14 | J | | |
| 57. -Amphenol Corp (Common) | | | | | Buy | 01/29/14 | J | | |
| 58. -Amphenol Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 59. -Ansys Inc (Common) | | | | | Sold (part) | 04/28/14 | J | | |
| 60. -Ansys Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 61. -Ansys Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 62. -Ansys Inc (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 63. -Ansys Inc (Common) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 64. -Anthem Inc (Common) | | | | | Buy | 07/23/14 | J | | |
| 65. -Anthem Inc (Common) | | | | | Buy (add'l) | 08/01/14 | J | | |
| 66. -Anthem Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 67. -Anthem Inc (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 68. -AON PLC (Common) | | | | | Sold (part) | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -AON PLC (Common) | | | | | Sold (part) | 09/22/14 | J | A | |
| 70.   -Apple Inc (Common) | | | | | Sold (part) | 07/17/14 | J | A | |
| 71.   -Apple Inc (Common) | | | | | Sold (part) | 09/10/14 | J | D | |
| 72.   -Applied Materials Inc (Common) | | | | | Sold | 05/15/14 | J | A | |
| 73.   -Assurant Inc (Common) | | | | | Buy (add'l) | 02/05/14 | J | | |
| 74.   -Assurant Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 75.   -Assurant Inc (Common) | | | | | Sold (part) | 12/08/14 | J | A | |
| 76.   -AT&T Inc (Common) | | | | | Sold | 01/21/14 | J | A | |
| 77.   -Autozone Inc (Common) | | | | | Buy | 06/27/14 | J | | |
| 78.   -Autozone Inc (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 79.   -Autozone Inc (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 80.   -Ball Corp (Common) | | | | | Buy | 02/06/14 | J | | |
| 81.   -Ball Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 82.   -Ball Corp (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 83.   -Ball Corp (Common) | | | | | Buy (add'l) | 11/24/14 | J | | |
| 84.   -Bank of America Corp (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 85.   -Bank of America Corp (Common) | | | | | Sold (part) | 09/10/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Becton Dickinson & Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 87. -Becton Dickinson & Co (Common) | | | | | Sold (part) | 10/06/14 | J | A | |
| 88. -Becton Dickinson & Co (Common) | | | | | Sold (part) | 10/13/14 | J | A | |
| 89. -Berkshire Hathaway Inc (Common) | | | | | Sold (part) | 09/05/14 | J | B | |
| 90. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 01/06/14 | J | | |
| 91. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 01/17/14 | J | | |
| 92. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 02/20/14 | J | | |
| 93. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 03/20/14 | J | | |
| 94. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 04/17/14 | J | | |
| 95. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 05/20/14 | J | | |
| 96. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 06/20/14 | J | | |
| 97. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 06/26/14 | N | | |
| 98. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 07/18/14 | J | | |
| 99. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 08/20/14 | J | | |
| 100. -Bernstein Diversified Municipal Portfolio | | | | | Sold (part) | 09/10/14 | N | A | |
| 101. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 09/19/14 | J | | |
| 102. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 10/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 11/20/14 | J | | |
| 104. -Bernstein Diversified Municipal Portfolio | | | | | Sold (part) | 12/15/14 | J | A | |
| 105. -Bernstein Diversified Municipal Portfolio | | | | | Buy (add'l) | 12/19/14 | J | | |
| 106. -Bernstein Emerging Markets Portfolios | | | | | Sold (part) | 09/10/14 | K | A | |
| 107. -Bernstein Emerging Markets Portfolios | | | | | Buy (add'l) | 12/09/14 | J | | |
| 108. -Bernstein Multi Manager Hedge Fund Portfolio | | | | | | | | | |
| 109. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 05/15/14 | K | | |
| 110. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 06/26/14 | K | | |
| 111. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 09/10/14 | M | | |
| 112. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/09/14 | J | | |
| 113. -Biogen Idec Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 114. -Biogen Idec Inc (Common) | | | | | Buy (add'l) | 12/03/14 | J | | |
| 115. -Boeing Co (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 116. -Boeing Co (Common) | | | | | Sold (part) | 08/15/14 | J | A | |
| 117. -Boeing Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 118. -Boeing Co (Common) | | | | | Buy (add'l) | 12/09/14 | J | | |
| 119. -Booz Allen Hamilton Holdings (Common) | | | | | Buy | 05/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Booz Allen Hamilton Holdings (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 121. -Booz Allen Hamilton Holdings (Common) | | | | | Buy (add'l) | 12/23/14 | J | | |
| 122. -Brocade Communications Sys (Common) | | | | | Buy | 06/26/14 | J | | |
| 123. -Brocade Communications Sys (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 124. -Brocade Communications Sys (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 125. -California Resources Corp (Common) | | | | | Spinoff (from line 359) | 11/30/14 | J | | |
| 126. -California Resources Corp (Common) | | | | | Sold | 12/05/14 | J | | |
| 127. -Capital One Financial Corp(Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 128. -Capital One Financial Corp(Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 129. -Capital One Financial Corp(Common) | | | | | Buy (add'l) | 09/23/14 | J | | |
| 130. -Capital One Financial Corp(Common) | | | | | Sold (part) | 12/04/14 | J | | |
| 131. -CBS Corp (Common) | | | | | Sold (part) | 06/26/14 | J | B | |
| 132. -CBS Corp (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 133. -CBS Corp (Common) | | | | | Sold | 10/03/14 | J | | |
| 134. -Celgene Corp (Common) | | | | | Sold (part) | 03/24/14 | J | A | |
| 135. -Celgene Corp (Common) | | | | | Sold (part) | 05/15/14 | J | A | |
| 136. -Celgene Corp (Common) | | | | | Sold | 06/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Chevron Corp (Common) | | | | | Sold | 02/20/14 | J | A | |
| 138. -Chipotle Mexican Grill (Common) | | | | | Sold | 01/23/14 | J | A | |
| 139. -Chubb Corp (Common) | | | | | Buy (add'l) | 10/09/14 | J | | |
| 140. -Cisco Systems Inc (Common) | | | | | Sold | 01/02/14 | J | A | |
| 141. -CIT Group Inc (Common) | | | | | Sold (part) | 04/17/14 | J | A | |
| 142. -CIT Group Inc (Common) | | | | | Sold | 05/15/14 | J | A | |
| 143. -Citigroup Inc (Common) | | | | | Sold (part) | 04/15/14 | J | A | |
| 144. -Citigroup Inc (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 145. -Citigroup Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 146. -Citigroup Inc (Common) | | | | | Sold | 10/07/14 | J | A | |
| 147. -Citizens First Bancorp Inc (Common) | | | | | | | | | |
| 148. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 03/28/14 | J | A | |
| 149. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 04/29/14 | J | A | |
| 150. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 06/30/14 | J | A | |
| 151. -Cognizant Tech Solutions (Common) | | | | | Sold | 08/07/14 | J | A | |
| 152. -Comcast Corp (Common) | | | | | Buy (add'l) | 09/26/14 | J | | |
| 153. -Comcast Corp (Common) | | | | | Sold (part) | 09/10/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Conagra Foods Inc (Common) | | | | | Sold | 03/11/14 | J | | |
| 155. -Copa Holdings SA (Common) | | | | | Buy | 06/30/14 | J | | |
| 156. -Copa Holdings SA (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 157. -Copa Holdings SA (Common) | | | | | Sold | 10/03/14 | J | | |
| 158. -CoStar Group Inc (Common) | | | | | Buy | 04/28/14 | J | | |
| 159. -CoStar Group Inc (Common) | | | | | Sold | 05/15/14 | J | | |
| 160. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 161. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 04/22/14 | J | | |
| 162. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 05/01/14 | J | | |
| 163. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 164. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 09/29/14 | J | | |
| 165. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 10/22/14 | J | | |
| 166. -CSX Corp (Common) (X) | | | | | | | | | |
| 167. -CVS/Caremark Corp (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 168. -CVS/Caremark Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 169. -Danaher Corp (Common) | | | | | Sold (part) | 07/29/14 | J | A | |
| 170. -Danaher Corp (Common) | | | | | Sold (part) | 09/10/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Danaher Corp (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 172. -Delta Airlines Inc (Common) | | | | | Buy | 10/21/14 | J | | |
| 173. -Delta Airlines Inc (Common) | | | | | Buy (add'l) | 12/23/14 | J | | |
| 174. -Discover Financial Services (Common) (X) | | | | | | | | | |
| 175. -Discovery Communication (Common) | | | | | Buy | 08/11/14 | J | | |
| 176. -Discovery Communication (Common) | | | | | Buy (add'l) | 08/19/14 | J | | |
| 177. -Discovery Communication (Common) | | | | | Sold (part) | 09/12/14 | J | | |
| 178. -Discovery Communication (Common) | | | | | Sold | 10/15/14 | J | | |
| 179. -Dollar General Corp (Common) | | | | | Buy | 07/29/14 | J | | |
| 180. -Dollar General Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 181. -Dollar General Corp (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 182. -Dover Corp (Common) | | | | | Buy | 04/24/14 | J | | |
| 183. -Dover Corp (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 184. -Dover Corp (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 185. -Dover Corp (Common) | | | | | Buy (add'l) | 10/23/14 | J | | |
| 186. -Dover Corp (Common) | | | | | Sold | 12/10/14 | J | | |
| 187. -Dow Chemical Co (Common) | | | | | Buy | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Dow Chemical Co (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 189. -Dow Chemical Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 190. -Dr Pepper Snapple Group Inc (Common) | | | | | Buy | 06/30/14 | J | | |
| 191. -Dr Pepper Snapple Group Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 192. -Dr Pepper Snapple Group Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 193. -Dr Pepper Snapple Group Inc (Common) | | | | | Buy (add'l) | 10/07/14 | J | | |
| 194. -DTE Energy Co (Common) (X) | | | | | | | | | |
| 195. -EBay Inc (Common) | | | | | Buy (add'l) | 03/07/14 | J | | |
| 196. -EBay Inc (Common) | | | | | Buy (add'l) | 04/28/14 | J | | |
| 197. -EBay Inc (Common) | | | | | Sold (part) | 07/28/14 | J | | |
| 198. -EBay Inc (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 199. -EBay Inc (Common) | | | | | Buy (add'l) | 10/14/14 | J | | |
| 200. -EBay Inc (Common) | | | | | Buy (add'l) | 10/27/14 | J | | |
| 201. -Electronic Arts Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 202. -Electronic Arts Inc (Common) | | | | | Buy (add'l) | 11/19/14 | J | | |
| 203. -EMC Corp (Common) | | | | | Buy | 07/25/14 | J | | |
| 204. -EMC Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -EOG Resources Inc (Common) (X) | | | | | Sold (part) | 09/10/14 | J | | |
| 206. -EOG Resources Inc (Common) | | | | | Sold (part) | 10/22/14 | J | | |
| 207. -EOG Resources Inc (Common) | | | | | Sold | 12/16/14 | J | | |
| 208. -Estee Lauder Companies (Common) | | | | | Buy | 02/14/14 | J | | |
| 209. -Estee Lauder Companies (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 210. -Estee Lauder Companies (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 211. -Estee Lauder Companies (Common) | | | | | Buy (add'l) | 10/22/14 | J | | |
| 212. -Everest Re Group LTD (Common) | | | | | Sold (part) | 04/15/14 | J | A | |
| 213. -Everest Re Group LTD (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 214. -Exxon Mobil Corp (Common) (X) | | | | | | | | | |
| 215. -F5 Networks Inc (Common) | | | | | Buy | 01/27/14 | J | | |
| 216. -F5 Networks Inc (Common) | | | | | Buy (add'l) | 01/29/14 | J | | |
| 217. -F5 Networks Inc (Common) | | | | | Sold (part) | 06/26/14 | J | | |
| 218. -F5 Networks Inc (Common) | | | | | Sold (part) | 07/14/14 | J | A | |
| 219. -F5 Networks Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 220. -Facebook Inc (Common) | | | | | Buy | 04/11/14 | J | | |
| 221. -Facebook Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Fidelity National Information Systems (Common) | | | | | Sold (part) | 04/23/14 | J | A | |
| 223. -Fidelity National Information Systems (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 224. -Fidelity National Information Systems (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 225. -Fidelity National Information Systems (Common) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 226. -Fiserv Inc (Common) (X) | | | | | Sold (part) | 04/24/14 | J | A | |
| 227. -Fiserv Inc (Common) | | | | | Buy (add'l) | 09/03/14 | J | | |
| 228. -Fiserv Inc (Common) | | | | | Sold (part) | 09/24/14 | J | A | |
| 229. -Fiserv Inc (Common) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 230. -Gamestop Corp (Common) | | | | | Buy | 02/03/14 | J | | |
| 231. -Gamestop Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 232. -Gannett Co (Common) | | | | | Sold (part) | 05/01/14 | J | | |
| 233. -Gannett Co (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 234. -Gannett Co (Common) | | | | | Sold | 09/10/14 | J | A | |
| 235. -Genworth Financial Inc (Common) | | | | | Sold (part) | 07/02/14 | J | A | |
| 236. -Genworth Financial Inc (Common) | | | | | Sold | 07/30/14 | J | A | |
| 237. -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 04/04/14 | J | | |
| 238. -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 04/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 68

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239.  -Gilead Sciences Inc (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 240.  -Gilead Sciences Inc (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 241.  -Goldman Sachs Group Inc (Common) | | | | | Buy | 04/11/14 | J | | |
| 242.  -Goldman Sachs Group Inc (Common) | | | | | Sold | 09/10/14 | J | A | |
| 243.  -Google Inc (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 244.  -Halliburton Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 245.  -Halliburton Co (Common) | | | | | Sold | 11/06/14 | J | A | |
| 246.  -Hasbro Inc (Common) | | | | | Sold | 07/22/14 | J | A | |
| 247.  -Health Net Inc (Common) | | | | | Sold | 06/26/14 | J | A | |
| 248.  -Hershey Co (Common) | | | | | Buy | 02/06/14 | J | | |
| 249.  -Hershey Co (Common) (X) | | | | | Sold (part) | 07/14/14 | J | | |
| 250.  -Hershey Co (Common) | | | | | Sold | 09/03/14 | J | | |
| 251.  -Hess Corp (Common) | | | | | Buy (add'l) | 01/14/14 | J | | |
| 252.  -Hess Corp (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 253.  -Hess Corp (Common) | | | | | Buy (add'l) | 03/12/14 | J | | |
| 254.  -Hess Corp (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 255.  -Hess Corp (Common) | | | | | Buy (add'l) | 10/27/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Hess Corp (Common) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 257. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 01/10/14 | J | | |
| 258. -Hewlett Packard Co (Common) | | | | | Sold (part) | 05/15/14 | J | | |
| 259. -Hewlett Packard Co (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 260. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 261. -Hewlett Packard Co (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 262. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 263. -Home Depot Inc (Common) | | | | | Buy (add'l) | 01/06/14 | J | | |
| 264. -Home Depot Inc (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 265. -Home Depot Inc (Common) | | | | | Buy (add'l) | 06/27/14 | J | | |
| 266. -Home Depot Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 267. -Home Depot Inc (Common) | | | | | Buy (add'l) | 10/02/14 | J | | |
| 268. --Illinois Tools Works (Common) | | | | | Sold (part) | 03/24/14 | J | A | |
| 269. --Illinois Tools Works (Common) | | | | | Sold (part) | 05/07/14 | J | A | |
| 270. --Illinois Tools Works (Common) | | | | | Sold | 05/15/14 | J | A | |
| 271. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 03/24/14 | J | A | |
| 272. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 04/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 274. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 09/23/14 | J | | |
| 275. -Intercontinental Exchange Inc (Common) | | | | | Buy (add'l) | 10/06/14 | J | | |
| 276. -International Business Machines Corp (Common) | | | | | Sold | 02/03/14 | J | | |
| 277. -Intuitive Surgical Inc (Common) | | | | | Buy | 04/22/14 | J | | |
| 278. -Intuitive Surgical Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 279. -ITT Corp (Common) | | | | | Buy | 06/26/14 | J | | |
| 280. -ITT Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 281. -ITT Corp (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 282. -ITT Corp (Common) | | | | | Buy (add'l) | 12/10/14 | J | | |
| 283. -ITT Corp (Common) | | | | | Buy (add'l) | 12/23/14 | J | | |
| 284. -JM Smucker Co (Common) | | | | | Sold | 01/13/14 | J | A | |
| 285. -Johnson &Johnson (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 286. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 287. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 288. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 12/15/14 | J | | |
| 289. -Kinder Morgan Inc (Common) | | | | | Sold | 02/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Kraft Foods Group (Common) | | | | | Sold | 01/09/14 | J | A | |
| 291. -Kroger Co (Common) | | | | | Sold (part) | 05/16/14 | J | B | |
| 292. -Kroger Co (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 293. -Kroger Co (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 294. -L-3 Communications Holdings (Common) | | | | | Buy | 11/17/14 | J | | |
| 295. -L-3 Communications Holdings (Common) | | | | | Buy (add'l) | 12/08/14 | J | | |
| 296. -Liberty Media Corp (Common) | | | | | Sold (part) | 03/24/14 | J | A | |
| 297. -Liberty Media Corp (Common) | | | | | Sold | 06/26/14 | J | A | |
| 298. -Linkedin Corp (Common) | | | | | Sold | 02/12/14 | J | B | |
| 299. -Lincoln National (Common) | | | | | Buy | 01/03/14 | J | | |
| 300. -Lincoln National (Common) | | | | | Buy (add'l) | 03/03/14 | J | | |
| 301. -Lincoln National (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 302. -Lincoln National (Common) | | | | | Sold (part) | 12/15/14 | J | A | |
| 303. -Linear Technology Corp (Common) (X) | | | | | Sold (part) | 09/10/14 | J | | |
| 304. -Linear Technology Corp (Common) | | | | | Sold (part) | 09/26/14 | J | | |
| 305. -Linear Technology Corp (Common) | | | | | Sold | 10/15/14 | J | | |
| 306. -Lockheed Martin Corp (Common) | | | | | Buy | 01/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Lockheed Martin Corp (Common) | | | | | Buy (add'l) | 11/24/14 | J | | |
| 308. -Lockheed Martin Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 309. -Lorillard Inc (Common) | | | | | Buy | 02/03/14 | J | | |
| 310. -Lorillard Inc (Common) | | | | | Sold (part) | 07/15/14 | J | A | |
| 311. -Lorillard Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 312. -Lorillard Inc (Common) | | | | | Sold (part) | 10/07/14 | J | A | |
| 313. -Lyondellbasell Industries (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 314. -Lyondellbasell Industries (Common) | | | | | Sold (part) | 12/16/14 | J | | |
| 315. -Macy's Inc (Common) | | | | | Sold (part) | 05/06/14 | J | A | |
| 316. -Macy's Inc (Common) | | | | | Sold | 05/15/14 | J | A | |
| 317. -Marathon Petroleum Corp (Common) | | | | | Sold | 01/06/14 | J | | |
| 318. -McDonald's Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 319. -McDonald's Corp (Common) | | | | | Sold | 10/08/14 | J | A | |
| 320. -McKesson Corp (Common) | | | | | Buy | 12/05/14 | J | | |
| 321. -McKesson Corp (Common) | | | | | Sold (part) | 12/26/14 | J | A | |
| 322. -Meade Johnson Nutrition Co (Common) | | | | | Buy (add'l) | 01/24/14 | J | | |
| 323. -Meade Johnson Nutrition Co (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -Meade Johnson Nutrition Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 325.  -Medtronic Inc (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 326.  -Medtronic Inc (Common) | | | | | Sold (part) | 09/03/14 | J | A | |
| 327.  -Medtronic Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 328.  -Merck & Co Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 329.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 330.  -Microsoft Corp (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 331.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 332.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 10/02/14 | J | | |
| 333.  -Microsoft Corp (Common) | | | | | Buy (add'l) | 10/27/14 | J | | |
| 334.  -Mondelez Int'l (Common) (X) | | | | | Sold | 08/04/14 | J | A | |
| 335.  -Monsanto Co (Common) | | | | | Buy (add'l) | 10/09/14 | J | | |
| 336.  -Monsanto Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 337.  -Monster Beverage Corp (Common) (X) | | | | | Sold (part) | 09/10/14 | J | A | |
| 338.  -Morgan Stanley (Common) (X) | | | | | | | | | |
| 339.  -Murphy Oil Corp (Common) (X) | | | | | Sold (part) | 09/10/14 | J | | |
| 340.  -Murphy Oil Corp (Common) | | | | | Sold | 12/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Navient Corp (Common) | | | | | Spinoff (from line 421) | 05/01/14 | J | | |
| 342. -Navient Corp (Common) | | | | | Sold | 05/15/14 | J | | |
| 343. -Netsuite Inc (Common) | | | | | Buy | 07/25/14 | J | | |
| 344. -Netsuite Inc (Common) | | | | | Sold | 09/10/14 | J | A | |
| 345. -Nike Inc (Common) | | | | | Sold (part) | 06/26/14 | J | | |
| 346. -Nike Inc (Common) | | | | | Buy | 01/03/14 | J | | |
| 347. -Nike Inc (Common) | | | | | Buy (add'l) | 01/06/14 | J | | |
| 348. -Nike Inc (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 349. -Nike Inc (Common) | | | | | Buy (add'l) | 03/20/14 | J | | |
| 350. -Nike Inc (Common) | | | | | Sold | 06/26/14 | J | A | |
| 351. -Noble Energy Inc (Common) | | | | | Sold (part) | 01/10/14 | J | A | |
| 352. -Noble Energy Inc (Common) | | | | | Sold (part) | 02/12/14 | J | A | |
| 353. -Nike Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 354. -Noble Energy Inc (Common) | | | | | Sold | 02/19/14 | J | A | |
| 355. -NXP Semiconductors (Common) | | | | | Buy | 07/29/14 | J | | |
| 356. -NXP Semiconductors (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 357. -NXP Semiconductors (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 359. -Occidental Petroleum Corp (Common) | | | | | Sold (part) | 10/21/14 | J | | |
| 360. -Office Depot Inc (Common) | | | | | Buy | 01/31/14 | J | | |
| 361. -Office Depot Inc (Common) | | | | | Buy (add'l) | 04/02/14 | J | | |
| 362. -Office Depot Inc (Common) | | | | | Sold (part) | 08/05/14 | J | | |
| 363. -Office Depot Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 364. -Oracle Corp (Common) | | | | | Buy | 01/31/14 | J | | |
| 365. -Oracle Corp (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 366. -Oracle Corp (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 367. -Parker Hannifin Corp (Common) | | | | | Sold | 08/08/14 | J | A | |
| 368. -Partnerre LTD (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 369. -Partnerre LTD (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 370. -Partnerre LTD (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 371. -Partnerre LTD (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 372. -Partnerre LTD (Common) | | | | | Buy (add'l) | 09/23/14 | J | | |
| 373. -Patterson Cos Inc (Common) | | | | | Sold (part) | 01/28/14 | J | A | |
| 374. -Patterson Cos Inc (Common) | | | | | Sold | 02/18/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -Pentair PLC (Common) (X) | | | | | | | | | |
| 376. -Pepsico Inc (Common) | | | | | Buy (add'l) | 06/27/14 | J | | |
| 377. -Pepsico Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 378. -Pepsico Inc (Common) | | | | | Buy (add'l) | 10/09/14 | J | | |
| 379. -Petsmart (Common) | | | | | Sold (part) | 01/02/14 | J | A | |
| 380. -Petsmart (Common) | | | | | Sold | 01/14/14 | J | A | |
| 381. -Pfizer Inc (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 382. -Pfizer Inc (Common) | | | | | Sold (part) | 08/27/14 | J | | |
| 383. -Pfizer Inc (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 384. -Philip Morris International (Common) | | | | | Sold (part) | 03/11/14 | J | | |
| 385. -Philip Morris International (Common) | | | | | Buy (add'l) | 06/27/14 | J | | |
| 386. -Philip Morris International (Common) | | | | | Sold (part) | 03/11/14 | J | | |
| 387. -Philip Morris International (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 388. -Polaris Industries Inc (Common) | | | | | Buy (add'l) | 01/30/14 | J | | |
| 389. -Polaris Industries Inc (Common) | | | | | Sold (part) | 03/11/14 | J | A | |
| 390. -Precision Castparts Corp (Common) | | | | | Buy (add'l) | 06/16/14 | J | | |
| 391. -Precision Castparts Corp (Common) | | | | | Sold (part) | 04/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Precision Castparts Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 393. -Priceline Group Inc (Common) | | | | | Buy (add'l) | 12/11/14 | J | | |
| 394. -Priceline Group Inc (Common) | | | | | Sold (part) | 04/15/14 | J | A | |
| 395. -Priceline Group Inc (Common) | | | | | Sold (part) | 04/25/14 | J | A | |
| 396. -Priceline Group Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 397. -Pulte Group Inc (Common) | | | | | Sold (part) | 03/11/14 | J | A | |
| 398. -Pulte Group Inc (Common) | | | | | Sold | 05/15/14 | J | A | |
| 399. -Quintiles Transnational Holdings (Common) (X) | | | | | Buy (add'l) | 01/27/14 | J | | |
| 400. -Quintiles Transnational Holdings (Common) | | | | | Buy (add'l) | 03/13/14 | J | | |
| 401. -Quintiles Transnational Holdings (Common) | | | | | Buy (add'l) | 04/28/14 | J | | |
| 402. -Quintiles Transnational Holdings (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 403. -Quintiles Transnational Holdings (Common) | | | | | Sold (part) | 12/15/14 | J | A | |
| 404. -Raytheon Co (Common) | | | | | Buy (add'l) | 04/25/14 | J | | |
| 405. -Raytheon Co (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 406. -Raytheon Co (Common) | | | | | Buy (add'l) | 08/07/14 | J | | |
| 407. -Raytheon Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 408. -Regal Entertainment Group (Common) | | | | | Sold | 04/24/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Reynolds American Inc (Common) | | | | | Sold | 04/24/14 | J | A | |
| 410. -Schlumbergr LTD (Common) | | | | | Sold (part) | 03/24/14 | J | A | |
| 411. -Schlumbergr LTD (Common) | | | | | Sold (part) | 03/28/14 | J | A | |
| 412. -Schlumbergr LTD (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 413. -Schlumbergr LTD (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 414. -Schlumbergr LTD (Common) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 415. -Servicenow Inc (Common) | | | | | Buy | 04/28/14 | J | | |
| 416. -Servicenow Inc (Common) | | | | | Buy (add'l) | 05/07/14 | J | | |
| 417. -Servicenow Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 418. -Sherwin Williams Co (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 419. -Sherwin Williams Co (Common) | | | | | Buy (add'l) | 12/02/14 | J | | |
| 420. -Sherwin Williams Co (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 421. -SLM Corp (Common) | | | | | Buy | 04/15/14 | J | | |
| 422. -SLM Corp (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 423. -SLM Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 424. -Starbucks Corp (Common) | | | | | Buy (add'l) | 10/06/14 | J | | |
| 425. -Starbucks Corp (Common) | | | | | Sold (part) | 09/10/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 06/26/14 | M | | |
| 427. -Tax-Aware Overlay (Common) | | | | | Sold (part) | 09/10/14 | N | E | |
| 428. -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 429. -The Walt Disney Co (Common) | | | | | Sold (part) | 04/15/14 | J | | |
| 430. -The Walt Disney Co (Common) | | | | | Sold (part) | 08/05/14 | J | A | |
| 431. -The Walt Disney Co (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 432. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 433. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 434. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 10/22/14 | J | | |
| 435. -The Walt Disney Co (Common) | | | | | Buy (add'l) | 11/12/14 | J | | |
| 436. -Time Inc (Common) | | | | | Spinoff (from line 438) | 06/06/14 | J | | |
| 437. -Time Inc (Common) | | | | | Sold | 06/26/14 | J | A | |
| 438. -Time Warner Inc (Common) | | | | | | | | | |
| 439. -Time Warner Inc (Common) | | | | | Sold (part) | 09/05/14 | J | A | |
| 440. -Time Warner Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 441. -Time Warner Inc (Common) | | | | | Buy (add'l) | 09/26/14 | J | | |
| 442. -Time Warner Inc (Common) | | | | | Buy (add'l) | 11/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 68

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.   -TJX Companies Inc (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 444.   -TJX Companies Inc (Common) | | | | | Sold (part) | 07/18/14 | J | A | |
| 445.   -TJX Companies Inc (Common) | | | | | Sold (part) | 07/28/14 | J | A | |
| 446.   -Twenty-First Century Fox (Common) (X) | | | | | Sold (part) | 05/16/14 | J | | |
| 447.   -Twenty-First Century Fox (Common) | | | | | Buy (add'l) | 08/19/14 | J | | |
| 448.   -Twenty-First Century Fox (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 449.   -Twenty-First Century Fox (Common) | | | | | Sold (part) | 10/20/14 | J | | |
| 450.   -Union Pacific Corp (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 451.   -Union Pacific Corp (Common) | | | | | Sold (part) | 09/05/14 | J | A | |
| 452.   -Union Pacific Corp (Common) | | | | | Sold (part) | 09/10/14 | J | C | |
| 453.   -Union Pacific Corp (Common) | | | | | Sold (part) | 12/15/14 | J | A | |
| 454.   -United Technologies Corp (Common) | | | | | Buy | 04/11/14 | J | | |
| 455.   -United Technologies Corp (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 456.   -United Technologies Corp (Common) | | | | | Sold (part) | 08/01/14 | J | | |
| 457.   -United Technologies Corp (Common) | | | | | Sold | 09/05/14 | J | | |
| 458.   -UnitedHealth Group Inc (Common) (X) | | | | | Sold (part) | 06/26/14 | J | A | |
| 459.   -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 09/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 68

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -UnitedHealth Group Inc (Common) | | | | | Sold (part) | 09/10/14 | J | | |
| 461. -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 12/23/14 | J | | |
| 462. -US Bancorp (Common) | | | | | Buy | 02/21/14 | J | | |
| 463. -US Bancorp (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 464. -US Bancorp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 465. -US Bancorp (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 466. -Valero Energy Corp (Common) | | | | | Sold (part) | 04/24/14 | J | A | |
| 467. -Valero Energy Corp (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 468. -Valero Energy Corp (Common) | | | | | Sold (part) | 06/30/14 | J | A | |
| 469. -Valero Energy Corp (Common) | | | | | Sold (part) | 07/18/14 | J | A | |
| 470. -Valero Energy Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 471. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 10/22/14 | J | | |
| 472. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 11/24/14 | J | | |
| 473. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 12/03/14 | J | | |
| 474. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 475. -Verisk Analytics Inc (Common) | | | | | Sold (part) | 04/08/14 | J | | |
| 476. -Verisk Analytics Inc (Common) | | | | | Sold | 05/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 68

**Name of Person Reporting**

CLELAND, ROBERT H.

**Date of Report**

07/17/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 03/12/14 | J | | |
| 478. -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 03/28/14 | J | | |
| 479. -Verizon Communications Inc (Common) | | | | | Sold (part) | 05/16/14 | J | A | |
| 480. -Verizon Communications Inc (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 481. -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 482. -Vertex Pharmaceuticals Inc (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 483. -Vertex Pharmaceuticals Inc (Common) | | | | | Sold | 09/10/14 | J | A | |
| 484. -Viacom Inc (Common) | | | | | Sold (part) | 06/26/14 | J | B | |
| 485. -Viacom Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 486. -Viacom Inc (Common) | | | | | Sold | 10/03/14 | J | A | |
| 487. -Visa Inc (Common) | | | | | Buy (add'l) | 09/16/14 | J | | |
| 488. -Visa Inc (Common) | | | | | Buy (add'l) | 10/22/14 | J | | |
| 489. -Visa Inc (Common) | | | | | Sold (part) | 09/10/14 | J | B | |
| 490. -Wal-Mart Stores, Inc (Common) | | | | | Sold | 06/26/14 | J | A | |
| 491. -Wellpoint Inc (Common) (X) | | | | | Sold | 09/10/14 | J | A | |
| 492. -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 10/16/14 | J | | |
| 493. -Wells Fargo & Company (Common) | | | | | Sold (part) | 09/10/14 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 68

**Name of Person Reporting**

CLELAND, ROBERT H.

**Date of Report**

07/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. -Wheels Group, Inc (Common) | | | | | | | | | |
| 495. -WW Grainger Inc (Common) | | | | | Sold (part) | 03/17/14 | J | A | |
| 496. -WW Grainger Inc (Common) | | | | | Sold | 04/07/14 | J | A | |
| 497. -Xerox Corp (Common) | | | | | Buy | 03/12/14 | J | | |
| 498. -Xerox Corp (Common) | | | | | Sold (part) | 09/10/14 | J | A | |
| 499. S2 | D | Int./Div. | N | T | | | | | |
| 500. -DFA International Small Cap Value Fund | | | | | | | | | |
| 501. -DFA International Value Fund | | | | | Buy (add'l) | 12/19/14 | J | | |
| 502. -DFA US Large Cap Growth Fund | | | | | | | | | |
| 503. -DFA US Large Cap Value Fund | | | | | Buy (add'l) | 04/29/14 | J | | |
| 504. -DFA US Small Cap Growth Fund | | | | | | | | | |
| 505. -DFA US Vector Equity Fund | | | | | | | | | |
| 506. -Goldman Sachs Rising Dividend Fund | | | | | | | | | |
| 507. -Hennessy Cornerstone Mid Cap 30 Fund | | | | | | | | | |
| 508. -Mainstay Marketfield Fund | | | | | Sold | 04/28/14 | J | D | |
| 509. -Matthews Asian Growth & Income Fund | | | | | Sold (part) | 11/18/14 | J | A | |
| 510. -Touchstone Sand Capital Inst Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Wheels Group Inc (common) | | | | | | | | | |
| 512. IRA 1 | D | Int./Div. | O | T | | | | | |
| 513. -American Funds New Perspect | | | | | Buy | 04/29/14 | L | | |
| 514. -American Funds New Perspect | | | | | Buy (add'l) | 07/30/14 | J | | |
| 515. -DFA Emerging Mkt Core Equity Fund | | | | | Buy (add'l) | 07/30/14 | J | | |
| 516. -DFA Emerging Mkt Core Equity Fund | | | | | Buy (add'l) | 12/19/14 | J | | |
| 517. -DFA International Small Cap Growth Fund | | | | | Buy | 07/30/14 | J | | |
| 518. -DFA International Small Cap Value Fund | | | | | Buy (add'l) | 07/30/14 | J | | |
| 519. -DFA International Small Cap Value Fund | | | | | Buy (add'l) | 12/19/14 | J | | |
| 520. -DFA International Value Fund | | | | | Buy (add'l) | 07/30/14 | K | | |
| 521. -DFA US Large Cap Growth Fund | | | | | | | | | |
| 522. -DFA US Large Cap Value Fund | | | | | Sold (part) | 04/28/14 | J | C | |
| 523. -DFA US Large Cap Value Fund | | | | | Buy | 07/30/14 | J | | |
| 524. -DFA US Small Cap Growth Fund | | | | | Buy (add'l) | 07/30/14 | K | | |
| 525. -DFA US Vector Equity Fund | | | | | Buy (add'l) | 07/30/14 | J | | |
| 526. -Excel Trust Inc (Common) | | | | | Sold | 07/23/14 | J | A | |
| 527. -Goldman Sachs Rising Dividend Gr Instl Fund | | | | | Buy (add'l) | 07/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 35 of 68

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -Hodges Small Cap Fund | | | | | Sold (part) | 04/28/14 | J | B | |
| 529.  -Hodges Small Cap Fund | | | | | Buy (add'l) | 07/30/14 | J | | |
| 530.  -Mainstay Marketfield Fund | | | | | Sold | 04/28/14 | K | E | |
| 531.  -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 07/30/14 | J | | |
| 532.  -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 12/30/14 | J | | |
| 533.  -Northstar Rlty Fin Corp (Common) | | | | | Sold | 07/23/14 | K | A | |
| 534.  -UMH Properties Inc (Common) | | | | | Sold | 07/23/14 | K | A | |
| 535.  IRA 2 | B | Int./Div. | L | T | | | | | |
| 536.  -American Funds New Perspect | | | | | Buy | 04/29/14 | K | | |
| 537.  -DFA International Value Fund | | | | | | | | | |
| 538.  -Mainstay Marketfield Fund fka Marketfield Fund | | | | | Sold | 04/28/14 | K | E | |
| 539.  -Matthews Asian Growth & Income Fund | | | | | Buy (add'l) | 12/30/14 | J | | |
| 540.  FR 1 | B | Dividend | P1 | T | | | | | |
| 541.  -AB Discovery Growth Fund | | | | | Buy (add'l) | 10/21/14 | J | | |
| 542.  -AB Discovery Growth Fund | | | | | Buy (add'l) | 12/22/14 | J | | |
| 543.  -AB Discovery Value Fund | | | | | Buy (add'l) | 10/21/14 | J | | |
| 544.  -AB Discovery Value Fund | | | | | Buy (add'l) | 12/23/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Actiavis PLC (Common) | | | | | Buy | 05/12/14 | J | | |
| 546. -Actiavis PLC (Common) | | | | | Buy (add'l) | 06/06/14 | J | | |
| 547. -Actiavis PLC (Common) | | | | | Buy (add'l) | 06/20/14 | J | | |
| 548. -Actiavis PLC (Common) | | | | | Buy (add'l) | 09/17/14 | J | | |
| 549. -Aetna (Common) | | | | | Buy | 05/23/14 | J | | |
| 550. -Aetna (Common) | | | | | Buy (add'l) | 06/03/14 | J | | |
| 551. -Aetna (Common) | | | | | Buy (add'l) | 06/11/14 | J | | |
| 552. -Aetna (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 553. -Affiliated Managers Group Inc (Common) | | | | | Sold (part) | 01/03/14 | J | A | |
| 554. -Alliance Bernstein Cash (Fund) | | | | | | | | | |
| 555. -Allergan, Inc (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 556. -Allergan, Inc (Common) | | | | | Sold (part) | 05/16/14 | J | B | |
| 557. -Allergan, Inc (Common) | | | | | Sold (part) | 05/19/14 | J | A | |
| 558. -Allergan, Inc (Common) | | | | | Sold (part) | 10/08/14 | J | B | |
| 559. -Allstate Corp (Common) | | | | | Buy | 12/11/14 | J | | |
| 560. -Altria Group Inc (Common) | | | | | Buy (add'l) | 05/16/14 | J | | |
| 561. -Altria Group Inc (Common) | | | | | Buy (add'l) | 10/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**CLELAND, ROBERT H.**

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Amazon.com Inc (Common) | | | | | Sold (part) | 01/03/14 | J | B | |
| 563. -Amazon.com Inc (Common) | | | | | Sold (part) | 04/24/14 | J | A | |
| 564. -Amazon.com Inc (Common) | | | | | Sold (part) | 04/25/14 | J | A | |
| 565. -Amazon.com Inc (Common) | | | | | Sold (part) | 05/21/14 | J | A | |
| 566. -Amazon.com Inc (Common) | | | | | Sold | 06/11/14 | J | A | |
| 567. -Amdocs Ltd (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 568. -Amdocs Ltd (Common) | | | | | Sold (part) | 02/20/14 | J | A | |
| 569. -American Electric Power (Common) | | | | | Buy | 04/24/14 | J | | |
| 570. -American Electric Power (Common) | | | | | Buy (add'l) | 05/01/14 | J | | |
| 571. -American Electric Power (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 572. -American Electric Power (Common) | | | | | Buy (add'l) | 10/14/14 | J | | |
| 573. -American Electric Power (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 574. -American Express (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 575. -American Express (Common) | | | | | Buy (add'l) | 05/05/14 | J | | |
| 576. -American Express (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 577. -American Express (Common) | | | | | Sold (part) | 12/03/14 | J | A | |
| 578. -American International Group (Common) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -American Tower Corp (Common) | | | | | Buy (add'l) | 12/04/14 | J | | |
| 580. -Amphenol Corp (Common) | | | | | Buy | 01/29/14 | J | | |
| 581. -Amphenol Corp (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 582. -Ansys Inc (Common) | | | | | Sold (part) | 04/29/14 | J | | |
| 583. -Ansys Inc (Common) | | | | | Sold (part) | 06/04/14 | J | | |
| 584. -Ansys Inc (Common) | | | | | Buy (add'l) | 08/07/14 | J | | |
| 585. -Ansys Inc (Common) | | | | | Buy (add'l) | 10/02/14 | J | | |
| 586. -Ansys Inc (Common) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 587. -Anthem Inc (Common) | | | | | Buy | 08/01/14 | J | | |
| 588. -Anthem Inc (Common) | | | | | Buy (add'l) | 10/01/14 | J | | |
| 589. -Aon PLC (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 590. -Apple Inc (Common) | | | | | Sold (part) | 06/30/14 | J | B | |
| 591. -Apple Inc (Common) | | | | | Sold (part) | 10/13/14 | J | B | |
| 592. -Apple Inc (Common) | | | | | Buy (add'l) | 04/28/14 | J | | |
| 593. -Assurant (Common) | | | | | Buy | 02/05/14 | J | | |
| 594. -Assurant (Common) | | | | | Buy (add'l) | 04/21/14 | J | | |
| 595. -Assurant (Common) | | | | | Buy (add'l) | 10/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Assurant (Common) | | | | | Sold (part) | 12/15/14 | J | A | |
| 597. -AT&T Inc (Common) | | | | | Sold (part) | 01/21/14 | J | A | |
| 598. -Autozone Inc (Common) | | | | | Buy | 05/09/14 | J | | |
| 599. -Autozone Inc (Common) | | | | | Buy (add'l) | 10/01/14 | J | | |
| 600. -Ball Corp (Common) | | | | | Buy | 02/03/14 | J | | |
| 601. -Ball Corp (Common) | | | | | Buy (add'l) | 02/14/14 | J | | |
| 602. -Ball Corp (Common) | | | | | Buy (add'l) | 05/22/14 | J | | |
| 603. -Ball Corp (Common) | | | | | Buy (add'l) | 12/08/14 | J | | |
| 604. -Bank of America Corp (Common) | | | | | | | | | |
| 605. -Becton Dickinson & Co (Common) | | | | | Sold (part) | 10/09/14 | J | B | |
| 606. -Berkshire Hathaway Inc (Common) | | | | | Sold | 09/05/14 | J | B | |
| 607. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 01/13/14 | K | | |
| 608. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 01/17/14 | J | | |
| 609. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 02/20/14 | J | | |
| 610. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 03/20/14 | J | | |
| 611. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 04/17/14 | J | | |
| 612. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 05/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 06/20/14 | J | | |
| 614. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 07/18/14 | J | | |
| 615. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 08/20/14 | J | | |
| 616. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 09/19/14 | J | | |
| 617. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 10/20/14 | J | | |
| 618. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 11/20/14 | J | | |
| 619. -Bernstein Diversified Municipal Portfolio- | | | | | Buy (add'l) | 12/19/14 | J | | |
| 620. -Bernstein Emerging Markets Portfolio | | | | | Buy (add'l) | 12/09/14 | J | | |
| 621. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/27/14 | M | | |
| 622. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 01/28/14 | J | | |
| 623. -Bernstein Tax-Managed International Portfolio | | | | | Sold (part) | 04/29/14 | J | A | |
| 624. -Bernstein Tax-Managed International Portfolio | | | | | Buy (add'l) | 12/09/14 | J | | |
| 625. -Biogen Idec Inc (Common) | | | | | Sold (part) | 02/03/14 | J | A | |
| 626. -Biogen Idec Inc (Common) | | | | | Sold (part) | 02/14/14 | J | A | |
| 627. -Biogen Idec Inc (Common) | | | | | Sold (part) | 03/06/14 | J | A | |
| 628. -Biogen Idec Inc (Common) | | | | | Buy (add'l) | 05/16/14 | J | | |
| 629. -Boeing Co (Common) | | | | | Sold (part) | 05/14/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Boeing Co (Common) | | | | | Sold (part) | 08/15/14 | J | A | |
| 631. -Booz Allen Hamilton Holdings (Common) | | | | | Buy | 04/25/14 | J | | |
| 632. -Brocade Communications Sys (Common) | | | | | Buy | 03/07/14 | J | | |
| 633. -Brocade Communications Sys (Common) | | | | | Buy (add'l) | 06/03/14 | J | | |
| 634. -Capital One Financial Corp (Common) | | | | | Buy (add'l) | 10/08/14 | J | | |
| 635. -CBS Corp (Common) | | | | | Buy (add'l) | 02/20/14 | J | | |
| 636. -CBS Corp (Common) | | | | | Sold (part) | 04/24/14 | J | | |
| 637. -CBS Corp (Common) | | | | | Sold (part) | 06/23/14 | J | B | |
| 638. -CBS Corp (Common) | | | | | Sold | 10/03/14 | J | | |
| 639. -Celgene Corp (Common) | | | | | Sold (part) | 02/03/14 | J | A | |
| 640. -Celgene Corp (Common) | | | | | Sold | 03/25/14 | J | A | |
| 641. -Chevron Corp (Common) | | | | | Sold | 02/20/14 | J | A | |
| 642. -Chipotle Mexican Grill (Common) | | | | | Sold | 01/31/14 | J | B | |
| 643. -Chubb Corp (Common) | | | | | | | | | |
| 644. -Cisco Systems Inc (Common) | | | | | Sold | 01/02/14 | J | A | |
| 645. -CIT Group Inc (Common) | | | | | Sold | 04/17/14 | J | B | |
| 646. -Citigroup Inc (Common) | | | | | Sold (part) | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Citigroup Inc (Common) | | | | | Sold (part) | 04/15/14 | J | A | |
| 648. -Citigroup Inc (Common) | | | | | Sold | 10/01/14 | J | C | |
| 649. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 02/10/14 | J | A | |
| 650. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 04/11/14 | J | A | |
| 651. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 04/29/14 | J | A | |
| 652. -Cognizant Tech Solutions (Common) | | | | | Sold (part) | 06/10/14 | J | A | |
| 653. -Cognizant Tech Solutions (Common) | | | | | Sold | 08/07/14 | J | B | |
| 654. -Comcast Corp (Common) | | | | | Buy (add'l) | 03/06/14 | J | | |
| 655. -Comcast Corp (Common) | | | | | Buy (add'l) | 10/14/14 | J | | |
| 656. -Conagra Foods Inc (Common) | | | | | Buy | 01/17/14 | J | | |
| 657. -Conagra Foods Inc (Common) | | | | | Sold (part) | 02/24/14 | J | | |
| 658. -Copa Holdings SA (Common) | | | | | Buy | 06/16/14 | J | | |
| 659. -Copa Holdings SA (Common) | | | | | Buy (add'l) | 07/18/14 | J | | |
| 660. -Copa Holdings SA (Common) | | | | | Sold | 10/03/14 | J | | |
| 661. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 662. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 04/22/14 | J | | |
| 663. -Costco Wholesale Corp (Common) | | | | | Sold (part) | 06/12/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 665. -CVS/Caremark Corp (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 666. -CVS/Caremark Corp (Common) | | | | | Buy (add'l) | 01/22/14 | J | | |
| 667. -CVS/Caremark Corp (Common) | | | | | Buy (add'l) | 01/30/14 | J | | |
| 668. -CVS/Caremark Corp (Common) | | | | | Buy (add'l) | 11/17/14 | J | | |
| 669. -Danaher Corp (Common) | | | | | Sold (part) | 02/04/14 | J | B | |
| 670. -Danaher Corp (Common) | | | | | Sold (part) | 02/11/14 | J | B | |
| 671. -Danaher Corp (Common) | | | | | Sold (part) | 07/29/14 | J | A | |
| 672. -Danaher Corp (Common) | | | | | Buy (add'l) | 10/23/14 | J | | |
| 673. -Delta Airlines Inc (Common) | | | | | Buy | 10/20/14 | J | | |
| 674. -Discovery Communication (Common) | | | | | Buy | 08/11/14 | J | | |
| 675. -Discovery Communication (Common) | | | | | Buy (add'l) | 08/26/14 | J | | |
| 676. -Discovery Communication (Common) | | | | | Sold | 10/15/14 | J | | |
| 677. -Discover Financial Services (Common) | | | | | Sold | 01/06/14 | J | B | |
| 678. -Dollar General Corp (Common) | | | | | Buy | 07/28/14 | J | | |
| 679. -Dollar General Corp (Common) | | | | | Buy (add'l) | 08/04/14 | J | | |
| 680. -Dollar General Corp (Common) | | | | | Buy (add'l) | 09/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.   -Dover Corp (Common) | | | | | Buy | 04/22/14 | J | | |
| 682.   -Dover Corp (Common) | | | | | Buy (add'l) | 06/16/14 | J | | |
| 683.   -Dover Corp (Common) | | | | | Buy (add'l) | 10/01/14 | J | | |
| 684.   -Dover Corp (Common) | | | | | Buy (add'l) | 10/03/14 | J | | |
| 685.   -Dover Corp (Common) | | | | | Buy (add'l) | 10/14/14 | J | | |
| 686.   -Dover Corp (Common) | | | | | Buy (add'l) | 11/24/14 | J | | |
| 687.   -Dover Corp (Common) | | | | | Sold | 12/10/14 | K | | |
| 688.   -Dow Chemical Co (Common) | | | | | Buy | 02/20/14 | J | | |
| 689.   -Dow Chemical Co (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 690.   -Dow Chemical Co (Common) | | | | | Buy (add'l) | 05/05/14 | J | | |
| 691.   -Dr Pepper Snapple Group Inc (Common) | | | | | Buy | 07/01/14 | J | | |
| 692.   -Dr Pepper Snapple Group Inc (Common) | | | | | Buy (add'l) | 07/02/14 | J | | |
| 693.   -Dr Pepper Snapple Group Inc (Common) | | | | | Buy (add'l) | 07/15/14 | J | | |
| 694.   -Dr Pepper Snapple Group Inc (Common) | | | | | Buy (add'l) | 10/06/14 | J | | |
| 695.   -EBay Inc (Common) | | | | | Sold (part) | 01/27/14 | J | A | |
| 696.   -EBay Inc (Common) | | | | | Buy (add'l) | 03/07/14 | J | | |
| 697.   -EBay Inc (Common) | | | | | Buy (add'l) | 05/05/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -EBay Inc (Common) | | | | | Buy (add'l) | 05/14/14 | J | | |
| 699. -EBay Inc (Common) | | | | | Sold (part) | 06/19/14 | J | | |
| 700. -EBay Inc (Common) | | | | | Sold (part) | 07/24/14 | J | | |
| 701. -EBay Inc (Common) | | | | | Buy (add'l) | 09/26/14 | J | | |
| 702. -EBay Inc (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 703. -Electronic Arts Inc (Common) | | | | | | | | | |
| 704. -EMC Corp (Common) | | | | | Buy | 07/25/14 | J | | |
| 705. -EMC Corp (Common) | | | | | Buy (add'l) | 09/05/14 | J | | |
| 706. -EMC Corp (Common) | | | | | Buy (add'l) | 09/08/14 | J | | |
| 707. -EOG Resources Inc (Common) | | | | | Sold (part) | 02/04/14 | J | A | |
| 708. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 06/11/14 | J | | |
| 709. -EOG Resources Inc (Common) | | | | | Buy (add'l) | 06/25/14 | J | | |
| 710. -EOG Resources Inc (Common) | | | | | Sold (part) | 10/22/14 | J | A | |
| 711. -Estee Lauder Companies (Common) | | | | | Buy | 05/28/14 | J | | |
| 712. -Estee Lauder Companies (Common) | | | | | Buy (add'l) | 06/20/14 | J | | |
| 713. -Estee Lauder Companies (Common) | | | | | Buy (add'l) | 06/25/14 | J | | |
| 714. -Estee Lauder Companies (Common) | | | | | Buy (add'l) | 07/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -Everest Re Group Ltd (Common) | | | | | Sold (part) | 06/02/14 | J | A | |
| 716. -Everest Re Group Ltd (Common) | | | | | Sold (part) | 09/03/14 | J | A | |
| 717. -F5 Networks Inc (Common) | | | | | Buy | 02/25/14 | J | | |
| 718. -F5 Networks Inc (Common) | | | | | Sold (part) | 07/14/14 | J | A | |
| 719. -Facebook Inc (Common) | | | | | Buy | 04/11/14 | J | | |
| 720. -Facebook Inc (Common) | | | | | Buy (add'l) | 05/01/14 | J | | |
| 721. -Facebook Inc (Common) | | | | | Buy (add'l) | 10/15/14 | J | | |
| 722. -Fidelity National Information Services (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 723. -Fidelity National Information Services (Common) | | | | | Sold (part) | 04/23/14 | J | A | |
| 724. -Fidelity National Information Services (Common) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 725. -Fiserv Inc (Common) | | | | | Sold (part) | 01/03/14 | J | B | |
| 726. -Fiserv Inc (Common) | | | | | Buy (add'l) | 01/24/14 | J | | |
| 727. -Fiserv Inc (Common) | | | | | Buy (add'l) | 09/10/14 | J | | |
| 728. -Fiserv Inc (Common) | | | | | Sold (part) | 04/28/14 | J | | |
| 729. -Fiserv Inc (Common) | | | | | Buy (add'l) | 10/01/14 | J | | |
| 730. -Fiserv Inc (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 731. -Gamestop Corp (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Gannett (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 733. -Gannett (Common) | | | | | Sold (part) | 06/26/14 | J | A | |
| 734. -Gannett (Common) | | | | | Sold | 10/14/14 | J | | |
| 735. -Genworth Financial Inc (Common) | | | | | Sold (part) | 07/02/14 | J | A | |
| 736. -Genworth Financial Inc (Common) | | | | | Sold | 07/30/14 | J | A | |
| 737. -Gilead Sciences (Common) | | | | | Buy | 03/20/14 | J | | |
| 738. -Gilead Sciences (Common) | | | | | Buy (add'l) | 04/15/14 | J | | |
| 739. -Gilead Sciences (Common) | | | | | Buy (add'l) | 06/13/14 | J | | |
| 740. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 01/13/14 | J | B | |
| 741. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 742. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 09/08/14 | J | | |
| 743. -Google Inc (Common) | | | | | Buy (add'l) | 06/10/14 | J | | |
| 744. -Google Inc (Common) | | | | | Buy (add'l) | 06/26/14 | J | | |
| 745. -Hailliburton (Common) | | | | | Buy (add'l) | 06/23/14 | J | | |
| 746. -Hailliburton (Common) | | | | | Sold | 10/17/14 | J | | |
| 747. -Hasbro Inc (Common) | | | | | Sold | 07/22/14 | J | A | |
| 748. -Health Net Inc (Common) | | | | | Buy (add'l) | 02/20/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

CLELAND, ROBERT H.

07/17/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Health Net Inc (Common) | | | | | Sold (part) | 06/18/14 | J | B | |
| 750. -Hershey Co (Common) | | | | | Buy | 02/14/14 | J | | |
| 751. -Hershey Co (Common) | | | | | Buy (add'l) | 04/15/14 | J | | |
| 752. -Hershey Co (Common) | | | | | Sold (part) | 07/14/14 | J | | |
| 753. -Hershey Co (Common) | | | | | Sold | 09/03/14 | J | | |
| 754. -Hess (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 755. -Hess (Common) | | | | | Buy (add'l) | 02/20/14 | J | | |
| 756. -Hess (Common) | | | | | Buy (add'l) | 03/06/14 | J | | |
| 757. -Hess (Common) | | | | | Sold (part) | 12/03/14 | J | | |
| 758. -Hewlett Packard Co (Common) | | | | | Buy (add'l) | 11/14/14 | J | | |
| 759. -Home Depot Inc (Common) | | | | | Buy (add'l) | 04/25/14 | J | | |
| 760. -IBM Corp (Common) | | | | | Sold | 02/03/14 | J | | |
| 761. -Illinois Tool Works (Common) | | | | | Sold (part) | 03/25/14 | J | B | |
| 762. -Illinois Tool Works (Common) | | | | | Sold (part) | 05/07/14 | J | A | |
| 763. -Illinois Tool Works (Common) | | | | | Sold | 06/11/14 | J | A | |
| 764. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 04/11/14 | J | A | |
| 765. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 05/02/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

07/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Intercontinental Exchange Inc (Common) | | | | | Sold (part) | 08/19/14 | J | A | |
| 767. -Intuitive Surgical Inc (Common) | | | | | Buy | 04/11/14 | J | | |
| 768. -Intuitive Surgical Inc (Common) | | | | | Buy (add'l) | 04/22/14 | J | | |
| 769. -iShares MSCI EAFE ETF (Common) | | | | | Buy (add'l) | 01/14/14 | J | | |
| 770. -iShares MSCI EAFE ETF (Common) | | | | | Sold | 01/27/14 | J | | |
| 771. -ITT Corp (Common) | | | | | Buy | 07/17/14 | J | | |
| 772. -ITT Corp (Common) | | | | | Buy (add'l) | 08/13/14 | J | | |
| 773. -ITT Corp (Common) | | | | | Buy (add'l) | 09/08/14 | J | | |
| 774. -ITT Corp (Common) | | | | | Buy (add'l) | 12/12/14 | J | | |
| 775. -JM Smuckers Co (Common) | | | | | Sold | 01/08/14 | J | A | |
| 776. -JM Smuckers Co (Common) | | | | | Sold | 01/27/14 | J | A | |
| 777. -Johnson & Johnson (Common) | | | | | | | | | |
| 778. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 779. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 07/23/14 | J | | |
| 780. -Kinder Morgan Inc (Common) | | | | | Sold | 02/20/14 | J | | |
| 781. -Kraft Foods Group Inc (Common) | | | | | Sold | 01/09/14 | J | A | |
| 782. -Kroger Co (Common) | | | | | Sold (part) | 06/17/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -L-3 Communications Holdings (Common) | | | | | Buy | 11/17/14 | J | | |
| 784. -L-3 Communications Holdings (Common) | | | | | Buy (add'l) | 12/04/14 | J | | |
| 785. -Liberty Media Corp (Common) | | | | | Sold | 03/25/14 | J | B | |
| 786. -Linear Technology Corp (Common) | | | | | Buy | 04/15/14 | J | | |
| 787. -Linear Technology Corp (Common) | | | | | Buy (add'l) | 04/21/14 | J | | |
| 788. -Linear Technology Corp (Common) | | | | | Buy (add'l) | 05/02/14 | J | | |
| 789. -Linear Technology Corp (Common) | | | | | Buy (add'l) | 05/07/14 | J | | |
| 790. -Linear Technology Corp (Common) | | | | | Buy (add'l) | 05/21/14 | J | | |
| 791. -Linear Technology Corp (Common) | | | | | Sold | 10/15/14 | J | | |
| 792. -LinkedIn Corp (Common) | | | | | Sold | 02/12/14 | J | B | |
| 793. -Lockheed Martin Corp (Common) | | | | | Buy | 01/23/14 | J | | |
| 794. -Lockheed Martin Corp (Common) | | | | | Buy (add'l) | 05/14/14 | J | | |
| 795. -Lockheed Martin Corp (Common) | | | | | Buy (add'l) | 12/11/14 | J | | |
| 796. -Lorillard Inc (Common) | | | | | Buy | 02/03/14 | J | | |
| 797. -Lorillard Inc (Common) | | | | | Buy (add'l) | 04/25/14 | J | | |
| 798. -Lorillard Inc (Common) | | | | | Sold (part) | 07/15/14 | J | A | |
| 799. -Lyondellbasell Industried (Common) | | | | | Sold (part) | 02/12/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -Lyondellbasell Industried (Common) | | | | | Sold (part) | 07/29/14 | J | A | |
| 801. -Macy's Inc (Common) | | | | | Sold | 05/08/14 | J | C | |
| 802. -Marathon Petroleum (Common) | | | | | Sold (part) | 01/17/14 | J | | |
| 803. -Marathon Petroleum (Common) | | | | | Sold | 02/06/14 | J | A | |
| 804. -McDonalds Corp (Common) | | | | | Sold | 09/30/14 | J | A | |
| 805. -McKesson Corp (Common) | | | | | Buy | 12/09/14 | J | | |
| 806. -Mead Johnson Nutrition Co (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 807. -Mead Johnson Nutrition Co (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 808. -Mead Johnson Nutrition Co (Common) | | | | | Sold (part) | 12/08/14 | J | A | |
| 809. -Medtronic Inc (Common) | | | | | Sold (part) | 10/02/14 | J | A | |
| 810. -Medtronic Inc (Common) | | | | | Sold (part) | 10/14/14 | J | A | |
| 811. -Merck & Co Inc (Common) | | | | | | | | | |
| 812. -Microsoft Corp (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 813. -Microsoft Corp (Common) | | | | | Buy (add'l) | 09/30/14 | J | | |
| 814. -Microsoft Corp (Common) | | | | | Buy (add'l) | 10/27/14 | J | | |
| 815. -Mondelez Int'l (Common) | | | | | Buy | 04/23/14 | J | | |
| 816. -Mondelez Int'l (Common) | | | | | Sold | 08/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  -Monsanto Co (Common) | | | | | Buy (add'l) | 04/16/14 | J | | |
| 818.  -Monsanto Co (Common) | | | | | Buy (add'l) | 12/03/14 | J | | |
| 819.  -Monster Beverage Corp (Common) | | | | | Buy | 02/14/14 | J | | |
| 820.  -Monster Beverage Corp (Common) | | | | | Buy (add'l) | 02/20/14 | J | | |
| 821.  -Monster Beverage Corp (Common) | | | | | Buy (add'l) | 03/11/14 | J | | |
| 822.  -Murphy Oil Corp (Common) | | | | | Buy | 07/24/14 | J | | |
| 823.  -Murphy Oil Corp (Common) | | | | | Sold | 12/05/14 | J | | |
| 824.  -Navient Corp (Common) | | | | | Spinoff (from line 445) | 05/01/14 | J | | |
| 825.  -Navient Corp (Common) | | | | | Sold | 05/20/14 | J | A | |
| 826.  -Netsuite Inc (Common) | | | | | Buy | 05/07/14 | J | | |
| 827.  -Nike Inc (Common) | | | | | Buy (add'l) | 02/14/14 | J | | |
| 828.  -Nike Inc (Common) | | | | | Buy (add'l) | 04/15/14 | J | | |
| 829.  -Nike Inc (Common) | | | | | Sold (part) | 06/13/14 | J | | |
| 830.  -Nike Inc (Common) | | | | | Buy (add'l) | 09/05/14 | J | | |
| 831.  -Nike Inc (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 832.  -Noble Energy Inc (Common) | | | | | Sold (part) | 01/17/14 | J | A | |
| 833.  -Noble Energy Inc (Common) | | | | | Sold (part) | 01/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

07/17/2015

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. -Noble Energy Inc (Common) | | | | | Sold | 02/26/14 | J | B | |
| 835. -NXP Semiconductors (Common) | | | | | Buy | 07/29/14 | J | | |
| 836. -Occidental Petroleum Corp (Common) | | | | | Buy (add'l) | 06/30/14 | J | | |
| 837. -Occidental Petroleum Corp (Common) | | | | | Buy (add'l) | 07/15/14 | J | | |
| 838. -Occidental Petroleum Corp (Common) | | | | | Buy (add'l) | 12/08/14 | J | | |
| 839. -Office Depot Inc (Common) | | | | | Buy | 01/31/14 | J | | |
| 840. -Oracle Corp (Common) | | | | | Buy | 06/30/14 | J | | |
| 841. -Oracle Corp (Common) | | | | | Buy (add'l) | 11/14/14 | J | | |
| 842. -Partnerre LTD (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 843. -Patinerre LTD (Common) | | | | | Buy (add'l) | 06/27/14 | J | | |
| 844. -Parker Hannifin Ltd (Common) | | | | | Sold | 08/08/14 | J | A | |
| 845. -Patterson Cos, Inc (Common) | | | | | Sold (part) | 01/28/14 | J | A | |
| 846. -Patterson Cos, Inc (Common) | | | | | Sold | 02/18/14 | J | A | |
| 847. -Pepsico Inc (Common) | | | | | | | | | |
| 848. -Petsmart (Common) | | | | | Sold | 01/17/14 | J | | |
| 849. -Pfizer Inc (Common) | | | | | Sold (part) | 06/16/14 | J | A | |
| 850. -Pfizer Inc (Common) | | | | | Sold (part) | 10/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Pfizer Inc (Common) | | | | | Sold (part) | 12/03/14 | J | A | |
| 852. -Philip Morris International (Common) | | | | | Sold (part) | 03/11/14 | J | | |
| 853. -Philip Morris International (Common) | | | | | Buy (add'l) | 06/24/14 | J | | |
| 854. -Polaris Industries Inc (Common) | | | | | Buy (add'l) | 01/31/14 | J | | |
| 855. -Precision Castparts Corp (Common) | | | | | Sold (part) | 02/12/14 | J | B | |
| 856. -Priceline Com Inc (Common) | | | | | Sold (part) | 04/15/14 | J | B | |
| 857. -Priceline Com Inc (Common) | | | | | Sold (part) | 04/24/14 | J | A | |
| 858. -Priceline Com Inc (Common) | | | | | Buy (add'l) | 06/23/14 | J | | |
| 859. -Priceline Com Inc (Common) | | | | | Sold (part) | 07/29/14 | J | A | |
| 860. -Priceline Com Inc (Common) | | | | | Buy (add'l) | 12/08/14 | J | | |
| 861. -Priceline Com Inc (Common) | | | | | Buy (add'l) | 12/08/14 | J | | |
| 862. -Pulte Group Inc (Common) | | | | | Sold (part) | 02/27/14 | J | A | |
| 863. -Pulte Group Inc (Common) | | | | | Sold (part) | 03/07/14 | J | A | |
| 864. -Pulte Group Inc (Common) | | | | | Sold | 03/11/14 | J | A | |
| 865. -Quintiles Transnational Holdings (Common) | | | | | Buy | 03/13/14 | J | | |
| 866. -Quintiles Transnational Holdings (Common) | | | | | Buy (add'l) | 05/19/14 | J | | |
| 867. -Raytheon Co (Common) | | | | | Buy (add'l) | 05/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

　CLELAND, ROBERT H.　07/17/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.　-Raytheon Co (Common) | | | | | Buy (add'l) | 07/31/14 | J | | |
| 869.　-Regal Entertainment Group (Common) | | | | | Sold | 04/25/14 | J | | |
| 870.　-Reynolds American Inc (Common) | | | | | Sold | 04/23/14 | J | B | |
| 871.　-Schlumbergr LTD (Common) | | | | | Sold (part) | 01/10/14 | J | B | |
| 872.　-Schlumbergr LTD (Common) | | | | | Sold (part) | 02/11/14 | J | B | |
| 873.　-Schlumbergr LTD (Common) | | | | | Sold (part) | 04/11/14 | J | C | |
| 874.　-Schlumbergr LTD (Common) | | | | | Buy (add'l) | 11/14/14 | J | | |
| 875.　-Schlumbergr LTD (Common) | | | | | Buy (add'l) | 12/18/14 | J | | |
| 876.　-Servicenow Inc (Common) | | | | | Buy | 04/28/14 | J | | |
| 877.　-Servicenow Inc (Common) | | | | | Buy (add'l) | 05/08/14 | J | | |
| 878.　-Sherwin-Williams Co (Common) | | | | | Buy (add'l) | 03/20/14 | J | | |
| 879.　-Sherwin-Williams Co (Common) | | | | | Buy (add'l) | 11/24/14 | J | | |
| 880.　-SLM Corp (Common) | | | | | Buy | 04/15/14 | J | | |
| 881.　-SLM Corp (Common) | | | | | Buy (add'l) | 05/20/14 | J | | |
| 882.　-Starbucks Corp (Common) | | | | | Buy (add'l) | 09/29/14 | J | | |
| 883.　-Starbucks Corp (Common) | | | | | Buy (add'l) | 10/03/14 | J | | |
| 884.　-Stericycle, Inc (Common) | | | | | Sold | 03/04/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 01/13/14 | J | | |
| 886.  -Tax-Aware Overlay (Common) | | | | | Buy (add'l) | 12/16/14 | K | | |
| 887.  -The Walt Disney Co (Common) | | | | | Sold (part) | 01/03/14 | J | A | |
| 888.  -The Walt Disney Co (Common) | | | | | Buy (add'l) | 10/20/14 | J | | |
| 889.  -The Walt Disney Co (Common) | | | | | Buy (add'l) | 11/12/14 | J | | |
| 890.  -Time Inc (Common) | | | | | Spinoff (from line 892) | 06/06/14 | J | | |
| 891.  -Time Inc (Common) | | | | | Sold | 06/10/14 | J | A | |
| 892.  -Time Warner Inc (Common) | | | | | | | | | |
| 893.  -Time Warner Inc (Common) | | | | | Sold (part) | 09/05/14 | J | A | |
| 894.  -Time Warner Inc (Common) | | | | | Buy (add'l) | 11/12/14 | J | | |
| 895.  -Time Warner Inc (Common) | | | | | Buy (add'l) | 11/25/14 | J | | |
| 896.  -TJX Companies Inc (Common) | | | | | Sold (part) | 06/25/14 | J | A | |
| 897.  -TJX Companies Inc (Common) | | | | | Sold (part) | 07/18/14 | J | A | |
| 898.  -TJX Companies Inc (Common) | | | | | Sold | 07/28/14 | J | A | |
| 899.  -Twenty-First Century Fox (Common) | | | | | Buy | 03/06/14 | J | | |
| 900.  -Twenty-First Century Fox (Common) | | | | | Buy (add'l) | 09/26/14 | J | | |
| 901.  -Twenty-First Century Fox (Common) | | | | | Sold | 10/20/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -Union Pacific Corp (Common) | | | | | Buy (add'l) | 01/08/14 | J | | |
| 903. -Union Pacific Corp (Common) | | | | | Sold (part) | 06/10/14 | J | B | |
| 904. -Union Pacific Corp (Common) | | | | | Sold (part) | 11/13/14 | J | B | |
| 905. -Union Pacific Corp (Common) | | | | | Sold (part) | 11/14/14 | J | A | |
| 906. -Union Pacific Corp (Common) | | | | | Sold (part) | 12/15/14 | J | A | |
| 907. -United Technologies Corp (Common) | | | | | Buy | 04/22/14 | J | | |
| 908. -United Technologies Corp (Common) | | | | | Buy (add'l) | 06/19/14 | J | | |
| 909. -United Technologies Corp (Common) | | | | | Sold | 09/05/14 | J | | |
| 910. -UnitedHealth Group Inc (Common) | | | | | Buy | 09/03/14 | J | | |
| 911. -UnitedHealth Group Inc (Common) | | | | | Buy (add'l) | 12/23/14 | J | | |
| 912. -US Bancorp (Common) | | | | | Buy | 02/21/14 | J | | |
| 913. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 04/24/14 | J | | |
| 914. -Valero Energy Corp (Common) | | | | | Sold (part) | 06/30/14 | J | A | |
| 915. -Valero Energy Corp (Common) | | | | | Sold (part) | 07/18/14 | J | B | |
| 916. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 10/21/14 | J | | |
| 917. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 11/24/14 | J | | |
| 918. -Valero Energy Corp (Common) | | | | | Buy (add'l) | 12/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT
Page 58 of 68

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

07/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919.  -Verisk Analytics Inc (Common) | | | | | Sold | 04/09/14 | J | | |
| 920.  -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 02/20/14 | J | | |
| 921.  -Verizon Communications Inc (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 922.  -Verizon Communications Inc (Common) | | | | | Sold (part) | 06/09/14 | J | A | |
| 923.  -Verizon Communications Inc (Common) | | | | | Sold (part) | 06/19/14 | J | A | |
| 924.  -Vertex Pharmaceuticals Inc (Common) | | | | | Sold | 06/27/14 | J | B | |
| 925.  -Viacom Inc (Common) | | | | | Sold (part) | 05/13/14 | J | C | |
| 926.  -Viacom Inc (Common) | | | | | Sold | 10/01/14 | J | C | |
| 927.  -Visa Inc (Common) | | | | | Buy (add'l) | 03/07/14 | J | | |
| 928.  -Wal-Mart Stores Inc (Common) | | | | | Sold (part) | 02/20/14 | J | A | |
| 929.  -Wal-Mart Stores Inc (Common) | | | | | Sold | 06/20/14 | J | A | |
| 930.  -Wells Fargo & Company (Common) | | | | | Buy (add'l) | 06/19/14 | J | | |
| 931.  -WW Grainger Inc (Common) | | | | | Sold (part) | 03/19/14 | J | A | |
| 932.  -WW Grainger Inc (Common) | | | | | Sold | 04/08/14 | J | A | |
| 933.  -Xerox Corp (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 934.  -Xerox Corp (Common) | | | | | Buy (add'l) | 04/11/14 | J | | |
| 935.  -Brokerage | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936.  Alon USA Partners LP (Common) | A | Dividend | J | T | | | | | |
| 937.  BreitBurn Energy Partners LP Bond | A | Dividend | K | T | Buy | 12/26/14 | K | | |
| 938.  BP PLC Sponsored ADR (Common) | A | Dividend | L | T | | | | | |
| 939.  Calumet Specialty Products LP (Common) | B | Dividend | J | T | | | | | |
| 940.  CVR Refining LP Com Unit Repstg LTD Partner (Common) | B | Dividend | J | T | | | | | |
| 941.  Fidelity Cash Reserves Fund | A | Dividend | L | T | | | | | |
| 942.  Fidelity Municipal Income Fund | A | Dividend | K | T | | | | | |
| 943.  Kinder Morgan Energy Partners LP (Common) | B | Dividend | J | T | | | | | |
| 944.  Lincoln National (Common) | B | Dividend | M | T | | | | | |
| 945.  Nisource (Common) | A | Dividend | K | T | | | | | |
| 946.  Northern Tier Energy LP (Common) | B | Dividend | J | T | | | | | |
| 947.  Northstar Realty Finance Corp (Common) | A | Dividend | J | T | | | | | |
| 948.  Nustar Energy LP (Common) | A | Dividend | K | T | | | | | |
| 949.  PetroLogistics LP (Common) | A | Dividend | | | Sold | 07/16/14 | J | A | |
| 950.  Plains All American Pipeline LP (Common) | A | Dividend | J | T | | | | | |
| 951.  Sun Communities (Common) | A | Dividend | J | T | | | | | |
| 952.  Vanguard Natural Res Bond | A | Dividend | K | T | Buy | 12/26/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 68 | CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953.  Investment Club - 10% interest | A | Int./Div. | J | T | | | | | |
| 954.  -Abbvie Inc (Common) | | | | | Sold (part) | 01/27/14 | J | | |
| 955.  -Abbvie Inc (Common) | | | | | Buy (add'l) | 02/04/14 | J | | |
| 956.  -Abbvie Inc (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 957.  -Abbvie Inc (Common) | | | | | Sold (part) | 04/10/14 | J | A | |
| 958.  -Abbvie Inc (Common) | | | | | Sold (part) | 07/17/14 | J | | |
| 959.  -Abbvie Inc (Common) | | | | | Buy (add'l) | 08/18/14 | J | | |
| 960.  -Abbvie Inc (Common) | | | | | Sold | 08/18/14 | J | | |
| 961.  -ADR Sanofi-Aventis -name corrected from Sanofi SA | | | | | Sold | 02/06/14 | J | | |
| 962.  -Amarantus Bioscience Holding (Common) | | | | | Buy | 07/31/14 | J | | |
| 963.  -Amarantus Bioscience Holding (Common) | | | | | Buy (add'l) | 08/01/14 | J | | |
| 964.  -Apple Inc (Common) | | | | | Buy | 01/17/14 | K | | |
| 965.  -Apple Inc (Common) | | | | | Sold | 01/28/14 | K | | |
| 966.  -Apple Inc (Common) | | | | | Buy | 07/17/14 | K | | |
| 967.  -Apple Inc (Common) | | | | | Buy (add'l) | 08/15/14 | J | | |
| 968.  -Apple Inc (Common) | | | | | Buy (add'l) | 11/14/14 | J | | |
| 969.  -Asterias Biotheraputics Inc (Common) | | | | | Spinoff (from line 1009) | 08/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Bank of America Corp (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 971. -Bank of America Corp (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 972. -Bank of America Corp (Common) | | | | | Sold (part) | 04/10/14 | J | | |
| 973. -Bank of America Corp (Common) | | | | | Sold | 04/28/14 | J | | |
| 974. -Biotime Inc Warrants (Common) | | | | | | | | | |
| 975. -Boeing Co (Common) | | | | | Buy | 03/21/14 | J | | |
| 976. -Boeing Co (Common) | | | | | Buy (add'l) | 09/08/14 | J | | |
| 977. -Boeing Co (Common) | | | | | Buy (add'l) | 12/08/14 | J | | |
| 978. -Bristol Myers Squibb Co (Common) | | | | | Sold (part) | 01/24/14 | J | A | |
| 979. -Bristol Myers Squibb Co (Common) | | | | | Buy (add'l) | 02/04/14 | J | | |
| 980. -Bristol Myers Squibb Co (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 981. -Bristol Myers Squibb Co (Common) | | | | | Sold (part) | 04/14/14 | J | | |
| 982. -Bristol Myers Squibb Co (Common) | | | | | Sold | 07/17/14 | J | | |
| 983. -Cisco Systems Inc (Common) | | | | | Buy | 01/17/14 | J | | |
| 984. -Cisco Systems Inc (Common) | | | | | Sold | 03/14/14 | J | | |
| 985. -Coca Cola Co (Common) | | | | | Buy | 03/21/14 | J | | |
| 986. -Coca Cola Co (Common) | | | | | Buy (add'l) | 10/02/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. -Coca Cola Co (Common) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 988. -Conocophillips (Common) | | | | | Sold | 02/03/14 | J | | |
| 989. -Costco Wholesale Corp (Common) | | | | | Buy | 03/21/14 | K | | |
| 990. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 07/28/14 | J | | |
| 991. -Costco Wholesale Corp (Common) | | | | | Buy (add'l) | 12/01/14 | J | | |
| 992. -Cree Inc (Comon) | | | | | Buy | 12/04/14 | J | | |
| 993. -CVR Refining LP (Common) | | | | | Sold | 01/17/14 | J | A | |
| 994. -Devon Energy Corp (Common) | | | | | Buy (add'l) | 10/01/14 | J | | |
| 995. -Disney Walt Co (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 996. -Du Pont E I DE Nemours & Co (Common) | | | | | Sold | 01/24/14 | J | A | |
| 997. -Eagle Rock Energy Partners LP (Common) | | | | | Buy | 01/17/14 | J | | |
| 998. -Eagle Rock Energy Partners LP (Common) | | | | | Sold | 01/28/14 | J | | |
| 999. -Exxon Mobil Corp (Common) | | | | | Sold | 01/30/14 | J | A | |
| 1000. -Facebook Inc (Common) | | | | | Buy | 05/22/14 | J | | |
| 1001. -Federated Prim Obligation ISS #396 | | | | | Sold | 06/30/14 | L | | |
| 1002. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 1003. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Fifth Third Bancorp (Common) | | | | | Sold (part) | 04/17/14 | J | | |
| 1005. -Fifth Third Bancorp (Common) | | | | | Sold (part) | 04/28/14 | J | | |
| 1006. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 05/22/14 | J | | |
| 1007. -Fifth Third Bancorp (Common) | | | | | Buy (add'l) | 10/17/14 | J | | |
| 1008. -General Electric Co (Common) | | | | | Sold | 02/03/14 | J | A | |
| 1009. -Geron Corp (Common) | | | | | Buy | 07/17/14 | J | | |
| 1010. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 01/27/14 | K | A | |
| 1011. -Goldman Sachs Group Preferred (Common) | | | | | Buy (add'l) | 02/04/14 | K | | |
| 1012. -Goldman Sachs Group Inc (Common) | | | | | Buy (add'l) | 04/11/14 | K | | |
| 1013. -Goldman Sachs Group Inc (Common) | | | | | Sold (part) | 04/11/14 | K | | |
| 1014. -Goldman Sachs Group Preferred (Common) | | | | | Buy (add'l) | 04/21/14 | K | | |
| 1015. -Goldman Sachs Group Preferred (Common) | | | | | Buy (add'l) | 09/30/14 | J | | |
| 1016. -Goldman Sachs Group Preferred (Common) | | | | | Buy (add'l) | 12/31/14 | J | | |
| 1017. -Halliburton Co (Common) | | | | | Sold | 01/29/14 | J | A | |
| 1018. -Johnson Controls Inc (Common) | | | | | Sold (part) | 01/24/14 | J | A | |
| 1019. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 02/03/14 | J | | |
| 1020. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -Johnson Controls Inc (Common) | | | | | Buy (add'l) | 10/03/14 | J | | |
| 1022. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 01/27/14 | K | A | |
| 1023. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 02/04/14 | J | | |
| 1024. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1025. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/05/14 | J | | |
| 1026. -JP Morgan Chase & Co (Common) | | | | | Sold (part) | 05/07/14 | J | | |
| 1027. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 05/22/14 | J | | |
| 1028. -JP Morgan Chase & Co (Common) | | | | | Buy (add'l) | 11/03/14 | J | | |
| 1029. -McDonalds (Common) | | | | | Sold (part) | 01/17/14 | J | | |
| 1030. -McDonalds (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1031. -McDonalds (Common) | | | | | Buy (add'l) | 09/17/14 | J | | |
| 1032. -McDonalds (Common) | | | | | Buy (add'l) | 12/16/14 | J | | |
| 1033. -Nisource Inc (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1034. -Nisource Inc (Common) | | | | | Buy (add'l) | 08/21/14 | J | | |
| 1035. -Nisource Inc (Common) | | | | | Buy (add'l) | 11/21/14 | J | | |
| 1036. -Nustar Energy LP (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1037. -Nustar Energy LP (Common) | | | | | Sold | 07/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CLELAND, ROBERT H.** | 07/17/2015 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. -Pfizer Inc (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1039. -Pfizer Inc (Common) | | | | | Buy (add'l) | 09/04/14 | J | | |
| 1040. -Pfizer Inc (Common) | | | | | Buy (add'l) | 12/03/14 | J | | |
| 1041. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1042. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 08/18/14 | J | | |
| 1043. -Procter & Gamble Co (Common) | | | | | Buy (add'l) | 11/18/14 | J | | |
| 1044. -Starbucks (Common) | | | | | Buy | 03/21/14 | K | | |
| 1045. -Starbucks (Common) | | | | | Sold | 04/07/14 | J | | |
| 1046. -Ttian Medical Inc (Common) | | | | | Buy | 09/15/14 | J | | |
| 1047. -US Bancorp Del (Common) | | | | | Sold | 02/03/14 | J | A | |
| 1048. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 04/09/14 | J | | |
| 1049. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 01/17/14 | J | | |
| 1050. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 09/03/14 | J | | |
| 1051. -Wells Fargo & Co (Common) | | | | | Buy (add'l) | 12/02/14 | J | | |
| 1052. -Xerox Corp (Common) | | | | | Sold | 01/17/14 | J | A | |
| 1053. -Yahoo Inc (Common) | | | | | Sold (part) | 01/17/14 | J | A | |
| 1054. -Yahoo Inc (Common) | | | | | Buy (add'l) | 02/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Yahoo Inc (Common) | | | | | Sold (part) | 04/04/14 | J | A | |
| 1056. -Yahoo Inc (Common) | | | | | Buy (add'l) | 05/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.

07/17/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Biotime Inc Warrants Line 974, spinoff of Line 1038 (Asterias Biotheraputics Inc) - Date: 10/06/2014 - Value Code J - (program would not accept spin-off of spin-off)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT H. CLELAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544